PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jorge Baez, Jr.                                     Docket No. 5:10-MJ-2026-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Robert L. Thornton, probation officer of the court, presenting an official report upon the conduct of defendant, Jorge Baez, Jr., who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 12th day of July, 2011, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Report any contact with law enforcement to the U.S. Probation Officer immediately.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 30, 2011, in Weslaco, TX, the defendant was arrested and charged with Public Intoxication. U.S. Pretrial Services Officer Lorena Garza, of the Southern District of Texas, who supervises the defendant, reports the defendant has mental health issues. Consequently, it is recommended that release conditions be modified to include alcohol abstinence and mental health treatment.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following conditions:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**Jorge Baez**
**Docket No. 5:10-MJ-2026-1**
**Petition For Action**
**Page 2**

      The defendant signed a Waiver of Hearing agreeing to the proposed modification of release conditions.

/s/ Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 5, 2011

## ORDER OF COURT

Considered and ordered this __9th__ day of __August__, 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge

xc:    Jamal Rhinehardt, SAUSA
        Thomas P. McNamara, FPD

**Jorge Baez**
**Docket No. 5:10-MJ-2026-1**
**Petition For Action**
**Page 3**

**FOR JUDGE'S REVIEW ONLY**

**DO NOT FILE**



**Jorge Baez**
**Docket No. 5:10-MJ-2026-1**